Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00400-CV

Andrew W. **CAMERON**,
Appellant

v.

Brenda M. **CAMERON**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1991-CI-00547
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Phylis J. Speedlin, Justice

Delivered and Filed: August 26, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal. Appellee has not opposed the motion.

Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal

are taxed against appellant. *See id.* 42.1(d).

PER CURIAM